# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

No. 1D18-0546

————————————————

JERRI NEEMAN, Former Wife,

Appellant,

v.

SCOTT NEEMAN, Former
Husband,

Appellee.

————————————————

On appeal from the Circuit Court for Okaloosa County.
Michael A. Flowers, Judge.

March 12, 2019

PER CURIAM.

AFFIRMED.

WOLF, LEWIS, and WETHERELL, JJ., concur.

————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

————————————————

Ross A. Keene of Ross A. Keene Law, P.A., Pensacola, for Appellant.

Michael T. Webster of Michael T. Webster, P.A., Shalimar, for Appellee.